1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOE LOREDO,

11          Petitioner,                    No.  2:13-cv-0260 KJN P

12      vs.

13   CONNIE GIPSON, Warden,

14          Respondent.               ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner was convicted in the Tulare County

18   Superior Court.  Petitioner claims he is not challenging his conviction, but is challenging the

19   execution of his sentence at California State Prison, Corcoran, in Kings County.  Kings County is

20   part of the Fresno Division of the United States District Court for the Eastern District of

21   California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   court.

26   ////

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern

3   District of California sitting in Fresno; and

4        2.  All future filings shall reference the new Fresno case number assigned and

5   shall be filed at:

6            United States District Court
             Eastern District of California
7            2500 Tulare Street
             Fresno, CA 93721

8

9   DATED:  February 15, 2013

10

11   _____
     KENDALL J. NEWMAN
12   UNITED STATES MAGISTRATE JUDGE

13   lore0260.109

14

15

16

17

18

19

20

21

22

23

24

25

26

2